# Court of Appeals
# of the State of Georgia

ATLANTA,  December 18, 2023

*The Court of Appeals hereby passes the following order:*

**A24D0166. JUSTINE HELEN SLATER v. LOCAL EVICTIONS LLC.**

In this dispossessory proceeding, the magistrate court granted a writ of possession to the plaintiff. Justine Helen Slater, the defendant, then filed an application for discretionary review in this Court, seeking to appeal the magistrate court's order. Because jurisdiction did not lie in this Court, we transferred Slater's application to superior court. See Case No. A24D0057 (Sept. 28, 2023). The superior court treated Slater's filing as a petition for review, which it dismissed on November 7, 2023. Slater filed this application for discretionary review in this Court on November 20, seeking review of the superior court's order. We, however, lack jurisdiction.

An application for discretionary appeal generally must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). The underlying subject matter, however, controls over the relief sought in determining the proper appellate procedure. *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335 (715 SE2d 752) (2011). Under OCGA § 44-7-56, appeals in dispossessory actions must be filed within seven days of the date the order was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). Here, Slater filed this application 13 days after the entry of the November 7 order. We thus lack

jurisdiction to consider this application, which is hereby DISMISSED. See *Ray M. Wright, Inc.*, 239 Ga. App. 522-523.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   12/18/2023

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen                                        *, Clerk.*